HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
CARLOS EFRAIN PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-mj-00064-BAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| CARLOS EFRAIN PEREZ | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Katherine Schuh, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Carlos Efrain Perez, that the preliminary hearing scheduled for July 8, 2021 may be vacated and continued to July 23, 2021.

Defense counsel needs additional time to consult with Mr. Perez regarding his case. Defense counsel works and resides in Sacramento and will have difficulty visiting the defendant to prepare for the preliminary hearing prior to that date.  Defense requests the July 23, 2021 date so that counsel can travel to Fresno to discuss the indictment prior to the arraignment if an indictment is filed.  The government does not object to this continuance.

//

//

Dated:  July 6, 2021

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CARLOS EFRAIN PEREZ

Dated:  July 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Katherine Schuh*
KATHERINE SCHUH
Assistant United States Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The preliminary hearing shall be continued until July 23, 2021, at 2:00 p.m. before Magistrate Judge Sheila K Oberto.

IT IS SO ORDERED.

Dated:  __**July 6, 2021**__          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE