HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
CARLOS EFRAIN PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-00179-NONE-SKO-1 |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO FILE EXPERT REPORT UNDER SEAL |
| vs. | ) ) | |
| CARLOS EFRAIN PEREZ | ) ) ) | |
| Defendant. | ) ) | |

**IS HEREBY ORDERED** that the Request to seal the expert report be granted so that the confidential medical information it contains is not available on the public docket. The report is to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated: **October 11, 2021**

_____
UNITED STATES DISTRICT JUDGE

*[Proposed] Order to Seal Documents*   -1-