1  HEATHER E. WILLIAMS, #122664
Federal Defender
2  DOUGLAS BEEVERS, #288639
Assistant Federal Defender
3  801 I Street, 3rd Floor
Sacramento, CA  95814
4  Tel: (916) 498-5700
Fax: (916) 498-5710
5  Douglas_Beevers@fd.org

6  Attorney for Defendant
CARLOS EFRAIN PEREZ
7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 1:21-cr-00179-JLT-SKO
                                     )
    Plaintiff,                       )
12                                   )  STIPULATION AND ORDER TO CONTINUE
    vs.                              )  STATUS CONFERENCE
13                                   )
    CARLOS EFRAIN PEREZ              )
14                                   )  Date: February 4, 2022
    Defendant.                      )  Time: 9:00 a.m.
15                                   )  Judge: Hon. Jennifer L. Thurston
                                     )
16

17         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18  Attorney, through Katherine Schuh, Attorney for Plaintiff and Heather Williams, Federal

19  Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Carlos

20  Efrain Perez, that the status conference be continued to February 11, 2022 and that the Court

21  exclude time pursuant to the Speedy Trial Act.

22         Defense counsel needs additional time to consult with Mr. Perez regarding his case. The

23  government does not object to this continuance.

24         Defense counsel believes that failure to grant the above-requested continuance would

25  deny her the reasonable time necessary for effective preparation, taking into account the exercise

26  of due diligence and the difficulties that the COVID-19 pandemic creates for effective client

27  preparation and consultation.

28  //

                                    -1-

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

2    excluded from this order's date through and including February 11, 2022,  as previously ordered,

3    pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General

4    Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

5

Dated:  February 2, 2022

6                                                      HEATHER E. WILLIAMS
                                                       Federal Defender

7
                                                       */s/ Douglas Beevers*
8                                                      DOUGLAS BEEVERS
                                                       Assistant Federal Defender
9                                                      Attorney for Defendant
                                                       CARLOS EFRAIN PEREZ

10   Dated:  February 2, 2022

                                                       PHILLIP A. TALBERT
11                                                     United States Attorney

12
                                                       */s/ Katherine Schuh*
13                                                     KATHERINE SCHUH
                                                       Assistant United States Attorney
14                                                     Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1

**ORDER**

2       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8       The Court orders the time from the date the parties stipulated, up to and including

9   February 11, 2022, shall be excluded from computation of time within which the trial of this case

10  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

11  (B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is**

12  **further ordered** the February 4, 2022 status conference shall be continued until February 11,

13  2022, at 9:00 a.m.

14

    IT IS SO ORDERED.

15

16   Dated:   **February 2, 2022**

17                                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28