PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS EFRAIN PEREZ<br><br>Defendant. | CASE NO. 1:21-CR-00179-JLT-SKO<br><br>STIPULATION TO CONTINUE |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference regarding the mental competency of the defendant on December 2, 2022.

2. On July 25, 2022, the court forwarded to the parties a letter from Warden Boncher of The Federal Medical Center, Devens indicating that the study on Defendant is expected to be completed on November 4, 2022, and that Defendant will then be transported back to the Eastern District of California and the court will receive a final copy of the forensic evaluation within four weeks of that date.

3. On November 14, 2022, the government received an email indicating that defendant's evaluation was scheduled to be completed by November 18, 2022.

4. On November 28, 2022, the government received an update from the Bureau of Prisons indicating that Mr. Perez's evaluation had been completed and that a report would be completed by Mid-

STIPULATION TO CONTINUE                                                  1

1 December.

2 5. Based on all the above, the parties seek to continue the status conference regarding the mental
3 competency of the defendant until December 16, 2022.

4 6. The parties agree and stipulate, and request that the Court find the following:

5     a) The ends of justice served by continuing the case as requested outweigh the interest
6        of the public and the defendant in a trial within the original date prescribed by the
7        Speedy Trial Act.

8     b) Having found by a preponderance of the evidence that the defendant is presently
9        incompetent to stand trial, the Court ordered the defendant committed to the custody
10       of the Attorney General for a period of four months for treatment in a suitable facility,
11       pursuant to 18 U.S.C. § 4241(d).

12    c) The defendant's mental health status has not been resolved and the parties cannot
13       proceed to trial on the case until defendant's mental health status is resolved.

14    d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et
15       seq., within which trial must commence, the time period of December 2, 2022 to
16       December 16, 2022, inclusive, is deemed excludable pursuant to 118 U.S.C.
17       § 3161(h)(4), for "delay resulting from the fact that the defendant is mentally
18       incompetent . . . to stand trial" and because good cause exists for the continuance of a
19       status conference, and time should be further excluded as the ends of justice outweigh
20       the interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C.
21       § 3161(h)(7)(A).

22 7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy
23 Trial Act dictate that additional time periods are excludable from the period within which a trial
24 must commence.

25 IT IS SO STIPULATED.

STIPULATION TO CONTINUE       2

| | |
|---|---|
| Dated:  November 29, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | By:  /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: November 29, 2022 | /s/ DOUGLAS BEEVERS<br>Attorney for Defendant<br>CARLOS EFRAIN PEREZ |

**O R D E R**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **December 1, 2022**

_____
UNITED STATES DISTRICT JUDGE