1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00179-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE |
| v. | |
| CARLOS EFRAIN PEREZ | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference regarding the mental competency of the defendant on January 23, 2023, at 10:00 a.m.
2. The defendant now seeks to continue the status conference until February 13, 2023. The government has no objection to the defense request.
3. Defense is seeking this additional time to meet with his client, obtain and review the competency report from the Bureau of Prisons, discuss the results of the report with his client, consider a potential pretrial resolution of the case, and prepare for a potential trial.
4. The parties agree and stipulate, and request that the Court find the following:
    a) The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

STIPULATION TO CONTINUE                                   1

    b) Having found by a preponderance of the evidence that the defendant is presently incompetent to stand trial, the Court ordered the defendant committed to the custody of the Attorney General for a period of four months for treatment in a suitable facility, pursuant to 18 U.S.C. § 4241(d).

    c) The defendant's mental health status has not been resolved and the parties cannot proceed to trial on the case until defendant's mental health status is resolved.

    d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2023, to February 13, 2023, inclusive, is deemed excludable pursuant to 118 U.S.C. § 3161(h)(4), for "delay resulting from the fact that the defendant is mentally incompetent . . . to stand trial" and because good cause exists for the continuance of a status conference, and time should be further excluded as the ends of justice outweigh the interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 5, 2023         PHILLIP A. TALBERT
                                     United States Attorney

                                   By:  /s/ JUSTIN J. GILIO
                                         JUSTIN J. GILIO
                                         Assistant United States Attorney

Dated: January 5, 2023                 /s/ DOUGLAS BEEVERS
                                         Attorney for Defendant
                                         CARLOS EFRAIN PEREZ

**O R D E R**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **January 5, 2023**              
                                           UNITED STATES DISTRICT JUDGE