IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS EFRAIN PEREZ,<br><br>Defendant. | Case No. 1:21-cr-179 JLT SKO<br><br>**ORDER FOR RELEASE** |

IT IS HEREBY ORDERED that defendant Carlos Efrain Perez, USM 51851-509, shall be released from the Central Valley Annex Jail to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Monday, March 13, 2023, by 1:00 p.m.  Mr. Mitchel will then transport Mr. Perez to directly to the Fresno probation office and the state parole for processing if time permits.

IT IS SO ORDERED.

Dated:   **March 13, 2023**

UNITED STATES DISTRICT JUDGE