HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
CARLOS EFRAIN PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-00179-JLT-SKO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) ) | |
| CARLOS EFRAIN PEREZ | ) ) | Date: November 20, 2023 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin J. Giglio and Arelis M. Clemente, Attorneys for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Carlos Efrain Perez, that the Sentencing Hearing re Violation of Supervised Release be continued to November 20, 2023.

Defense counsel requests additional time to consult with Mr. Perez to prepare for sentencing. The government does not object to this continuance.

Dated: November 1, 2023

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Douglas Beevers*
    DOUGLAS BEEVERS
    Assistant Federal Defender
    Attorney for Defendant
    CARLOS EFRAIN PEREZ

Dated: November 1, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
JUSTIN J. GIGLIO
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders the November 6, 2023 Sentencing hearing shall be continued until November 20, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __November 1, 2023__                               _____
                                                          UNITED STATES DISTRICT JUDGE