HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
CARLOS EFRAIN PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS EFRAIN PEREZ <br><br> Defendant. | Case No. 1:21-cr-00179-JLT-SKO <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING <br><br> Date: November 20, 2023 <br> Time: 10:00 a.m. <br> Judge: Hon. Jennifer L. Thurston |

      IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin J. Giglio and Arelis M. Clemente, Attorneys for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Carlos Efrain Perez, that the Sentencing Hearing re Violation of Supervised Release currently set for November 20, 2023 be continued to December 11, 2023.

      Defense counsel received the Disposition Memorandum yesterday, November 15, 2023. Mr. Perez is currently in custody in Fresno and requires psychiatric evaluation prior to any hearing. The government does not object to this continuance.

//

//

//

//

-1-

| | | |
|---|---|---|
| 1 | Dated: November 16, 2023 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender |
| 4 | | Attorney for Defendant<br>CARLOS EFRAIN PEREZ |
| 5 | | |
| 6 | Dated: November 16, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| 7 | | |
| 8 | | */s/ Areslis M. Clemente*<br>ARELIS M. CLEMENTE |
| 9 | | JUSTIN J. GIGLIO<br>Assistant United States Attorney |
| 10 | | Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders the November 20, 2023 Sentencing hearing shall be continued until December 11, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __November 17, 2023__                     _/s/ Jennifer L. Thurston_
                                                 UNITED STATES DISTRICT JUDGE