IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00179-JLT SKO |
| Plaintiff, | ORDER FOR RELEASE |
| vs. | |
| CARLOS EFRAIN PEREZ | |
| Defendant. | |

Having been sentenced to a term of time served, the Court **ORDERS** that Defendant Carlos Efrain Perez, USM 51851-509, shall be release forthwith from Fresno County Jail.

IT IS SO ORDERED.

Dated:  **January 9, 2024**

*(signature)*
UNITED STATES DISTRICT JUDGE

*Order For Release* -1-